**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MICHAEL E. KING,**

                **Plaintiff,**                8:19-cv-1057
                                                        (GLS/DJS)
        v.

**BOB ROSS et al.,**

                **Defendants.**

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Michael E. King
Pro Se
14 Kiwassa Road
Apartment 5F
Saranac Lake, NY 12983

**FOR THE DEFENDANTS:**
Johnson & Laws, LLC              GREGG T. JOHNSON, ESQ.
646 Plank Road, Suite 205        LORAINE CLARE JELINEK, ESQ.
Clifton Park, NY 12065

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

     The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed February 24, 2022. (Dkt. No. 36.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 36) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss (Dkt. No. 33) is **GRANTED**; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that defendants' letter motion requesting that the motion to dismiss "be considered unopposed" (Dkt. No. 35) is **DENIED** as moot; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 28, 2022
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge